NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE RICOH COMPANY, LTD. PATENT LITIGATION

------------------------------------------------------------------------

**SYNOPSYS, INC.,**
*Plaintiff-Appellee,*

v.

**RICOH COMPANY, LTD.,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RICOH COMPANY, LTD.,**
*Plaintiff-Appellant,*

v.

**AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL, INC., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,**
*Defendants-Appellees.*

2011-1199

Appeal from the United States District Court for the Northern District of California in case no. 03-CV-2289, Judge James Ware.

---

## ON MOTION

---

## ORDER

The parties jointly move for a stay of the briefing schedule until after this Court issues its decision in the related appeal (2010-1415), concerning the district court's grant of summary judgment of noninfringement.

We note that the court's decision in 2010-1415 issued on March 8, 2011.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellant's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

MAR 1 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ron E. Shulman, Esq.
    Kenneth W. Brothers, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK